JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACHITAR SINGH,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>              Defendants. | CIVIL No. 06-CV-01807 AWI SMS<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, BACHITAR SINGH AND PROPOSED ORDER<br><br>Rule 41(a)(1)<br><br>CIS No.: A 47661081 |

PLEASE TAKE NOTICE:

That PLAINTIFF, BACHITAR SINGH, has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath ceremony.  Accordingly, plaintiff BACHITAR SINGH, is hereby dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Under Rule 41(a)(1), a plaintiff has an absolute right to dismiss his action prior to service by the defendant of an answer or a

motion for summary judgment.  <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to plaintiff's complaint and no motions for summary judgment have been filed in this case.  No such answers or summary judgment motion have been served. Accordingly, plaintiff BACHITAR SINGH requests that this action be dismissed.

Dated: January 23, 2007                             /s/ JAMES M. MAKASIAN
                                                                 JAMES M. MAKASIAN
                                                                 Attorney for Plaintiffs

ORDER

IT IS SO ORDERED.

**Dated:   January 23, 2007**                        /s/ **Anthony W. Ishii**

0m8i78                                                       UNITED STATES DISTRICT JUDGE